189 So. 924

**Marvin TERRY v. STATE.**

**8 Div. 884.**

Court of Appeals of Alabama.
May 23, 1939.

Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.

Affirmed.